THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                           )<br>               Plaintiff,                      )<br>                                                           )<br>       v.                                              )<br>                                                           )<br> TIA LATRICE HARRELL,              )<br>                                                           )<br>               Defendant.                  )<br>_____) | NO.  CR07-0382 RAJ<br><br>ORDER GRANTING MOTION<br>TO CONTINUE TRIAL DATE |

Based on the motion of Defendant Harrell to continue the trial date, the declaration of defense counsel in support of the motion, the defendant's signed waiver of speedy trial through April 30, 2008, and the government not opposing the motion, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(i).

3. The defense needs additional time to review discovery and prepare for trial which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(8)(B(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE

Walter G. Palmer Inc. P.S.
1111 Third Avenue, #2220
Seattle, WA 98101-3207
(206) 442-9232
Fax: (206) 682-3746

1   defendant reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(8)(B)(iv).

2   NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

3   1. The trial date is continued from January 14, 2008, to April 21, 2008.

4   2. The resulting period of delay from January 14, 2008 to April 21, 2008, is hereby excluded for

5   speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

6   DONE this 14th day of January, 2008.

_____
The Honorable Richard A. Jones
United States District Judge

Presented By:

/s/ *Walter G. Palmer*
Walter G. Palmer
Attorney for Defendant

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE

- 2 -

Walter G. Palmer Inc. P.S.
1111 Third Avenue, #2220
Seattle, WA 98101-3207
(206) 442-9232
Fax: (206) 682-3746